United States District Court

Eastern District of California

Danny Atterbury,

       Petitioner,           No. Civ. S 05-1618 FCD PAN P

   vs.                      Order

Dave Grazaini, Executive
Director of Napa State Hospital,

       Respondent.

                     -oOo-

    October 17, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  October 20, 2005.

                           /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
                           Magistrate Judge