United States District Court

Eastern District of California

Danny Atterbury,

      Petitioner,               No. Civ. S 05-1618 FCD PAN P

   vs.                          Order

Dave Grazaini, Executive
Director of Napa State Hospital,

      Respondent.

                       -oOo-

    October 31, 2005, petitioner notified the court he believes
Archer v. Superior Court, Civ. S 04-2249 MCE KJM P is related to
this case because both involve whether the petitioner was denied
the right to a jury trial for release from civil commitment for
mental health reasons.

    "If, in the same matter in this Court, the petitioner has
previously filed a petition for relief or for a stay of
enforcement, the new petition shall be assigned to the Judge or

1   Magistrate Judge who considered the prior matter."  L.R. 81-
2   190(d).

3        Petitioner is not a party to <u>Archer v. Superior Court</u>, Civ.
4   S 04-2249 MCE KJM P and so the cases are not related within the
5   meaning of Local Rule 81-190(d).

6        Accordingly, the court declines to reassign this case.
7   DATED:November 7, 2005

8

9                                   /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26