United States District Court

Eastern District of California

Danny Atterbury,

       Petitioner,　　　　　　　　　　No. Civ. S 05-1618 FCD PAN P

  vs.　　　　　　　　　　　　　　　Order

Dave Grazaini, Executive Director of Napa State Hospital,

       Respondent.

-oOo-

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  See 28 U.S.C. § 2254.  August 17, 2005, the court directed respondent to file and serve a response to the petition within 60 days.  October 17, 2005, respondent requested an extension of time to respond to the petition.  October 20, 2005, the court granted respondent an additional 30 days to file and serve a response.  October 21, 2005, petitioner requested the Clerk of the Court enter respondents' default pursuant to Fed. R. Civ. P. 55.

1    Rule 55 requires the Clerk to enter the default of a party
2 who fails to plead or defend against a claim for affirmative
3 relief.  Fed. R. Civ. P. 55(a).
4    Respondent timely requested an extension of time to file and
5 serve a response to the application and so has not failed to
6 plead or defend.
7    For these reasons, the Clerk of the Court shall not enter
8 respondent's default.
9    So ordered.
10   Dated:  November 22, 2005.

                                  /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge